UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAUL TORRES,

                Plaintiff,

- against -

UNITED STATES OF AMERICA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-29-20

19-cv-2784 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The later filed case, 19-cv-9098, has been accepted as related and should be consolidated with this case, 19-cv-2784.

The Clerk is directed to close **Docket No. 21**.

**SO ORDERED.**

Dated:     **New York, New York**
            **January 28, 2020**

                                                John G. Koeltl
                                          **United States District Judge**