```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------

RAUL TORRES,

            Plaintiff,          19-cv-2784 (JGK)

   - against -

                                        <u>ORDER</u>

UNITED STATES OF AMERICA,

            Defendant.

-----------------------------------------------

**JOHN G. KOELTL, District Judge:**

The later filed case, 20-cv-477, has been accepted as related and should be consolidated for purposes of discovery with this case, 19-cv-2784.

The Clerk is directed to close Dkt. No. 30.

**SO ORDERED.**

**Dated:**    New York, New York
            June 30, 2020

                                          /s/ John G. Koeltl
                                         **JOHN G. KOELTL**
                              **United States District Judge**