UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RAUL TORRES *et al.*,                              :
                                                   :
                          Plaintiffs,              :              19 Civ. 2784 (JPC)
                                                   :              19 Civ. 7388 (JPC)
              -v-                                  :              19 Civ. 9098 (JPC)
                                                   :              20 Civ. 477 (JPC)
UNITED STATES OF AMERICA *et al.*,                 :
                                                   :              ORDER OF DISMISSAL
                          Defendants.              :
                                                   :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  The Court has been informed that the parties have reached settlements in these related cases.  Dkts. 67-69.  Accordingly, it is hereby ORDERED that these related actions are DISMISSED without prejudice to restoring the actions to the Court's calendar, provided the application to restore one or more of the actions is made within sixty days of this Order in the event the settlement agreements are not completed and executed.  Any such application filed after sixty days from the date of this Order may be denied solely on that basis.  If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Pursuant to 3.F of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is respectfully directed to close these related cases.

  SO ORDERED.

Dated:  June 24, 2022
   New York, New York
                   JOHN P. CRONAN
                 United States District Judge